1  Karl J. Frisinger, SBN 278773
   Coombs & Dunlap, LLP
2  1211 Division Street
   Napa, California 94559
3  Telephone: (707) 252-9100
   Facsimile: (707) 252-8516
4
5  Attorneys for Plaintiff
   Benjamin Snow

*IT IS SO ORDERED*
*Judge Thelton E. Henderson*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| Benjamin Snow,<br><br>    Plaintiff,<br><br>vs.<br><br>Dolly Matteucci; Cindy Black; Katie Cooper; and DOES 1 through 20, inclusive,<br><br>    Defendants. | No. 16-CV-01041-TEH<br><br>**STIPULATION OF DISMISSAL**<br><br>Date Action Filed: March 1, 2016<br>Trial: September 5, 2017 |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD: I am the Plaintiff in this matter and I voluntarily dismiss this lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with the stipulation of all parties. Such dismissal shall be with prejudice, with each side to bear its own costs and attorney's fees.

Dated: December 9, 2016

                                                Benjamin Snow, Plaintiff

Dated: November 16, 2016

                                                Dolly Matteucci, Defendant

Dated: November 17, 2016

                                                Cindy Black, Defendant

Dated: November 16, 2016

                                                Katie Cooper, Defendant

1  Dated: ~~November~~ December 2, 2016         COOMBS & DUNLAP, LLP

3                                              By: /s/ Karl Frisinger
4                                                 Karl J. Frisinger, Attorneys for Plaintiff
                                                  Benjamin Snow

6  Dated: November 29, 2016                    By: /s/ Daniel B. Alweiss
7                                                 Daniel B. Alweiss, Deputy Attorney
                                                  General, Attorney for Dolly Matteucci,
                                                  Cindy Black, and Katie Cooper